**632 LE BLANC ET AL. vs. CIRCUIT JUDGE (Wayne), No. 12790½.**

To compel respondent to hear an application for a temporary injunction.

Order to show cause denied May 4, 1892.

Upon the face of the papers it appeared that the circuit judge deferred the hearing because of other business, and had set a

time for the hearing, and ordered that notice be given to the defendant.